AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jason Todd LESLEY | ) | Case No. 8:19mj 46 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 13, 2019__ in the county of __Pickens__ in the _____ District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Conspiracy to Possess with Intent to Distribute Methamphetamine |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Thomas O. Howie, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/14/2019

_____
*Judge's signature*

City and state: Greenville, SC    Kevin F. McDonald, U.S. Magistrate Judge
*Printed name and title*