## AFFIDAVIT

I, Thomas O. Howie, being first duly sworn, hereby depose and state as follows:

I am a Special Agent (SA) of the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), and have been so employed since January 2011. I am currently assigned to the Office of the Resident Agent in Charge (RAC)/Greenville, South Carolina. As part of my official duties as an HSI Agent, I am assigned to investigate violations of US federal law.

## BACKGROUND INVESTIGATION

1. In January 2019, the Union County Sheriff's Office (UCSO) developed information that a Union, South Carolina, resident (hereinafter Cooperating Defendant or CD)[1] was distributing large quantities of methamphetamine in Union County.

2. On January 31, 2019, the UCSO Narcotics Division executed a state search warrant at the residence of the CD located in Union, South Carolina. That search resulted in the seizure of approximately one (1) kilogram of methamphetamine, three (3) firearms, and a quantity of marijuana from the CD.

## INITIAL SOURCE INFORMATION

3. After his arrest, CD told law enforcement that in January 2019, the CD purchased approximately one (1) to two (2) pounds of methamphetamine from Jason Todd LESLEY at his residence at 147 Rice Creek Road, Liberty, South Carolina (hereinafter "target location" or TL-1). The CD stated that he/she had purchased methamphetamine from LESLEY on at least three (3) occasions.

4. In February 2019, Homeland Security Investigations (HSI) Border Enforcement Security Task Force (BEST) Upstate, South Carolina Agents interviewed CD regarding Jason Todd LESLEY. The information received indicates LESLEY supplies large amounts of methamphetamine to the Upstate of South Carolina region.

---

[1] Law Enforcement believes the CD to be reliable because the information supplied by the CD about LESLEY has been independently corroborated by other means of investigation, including physical surveillance and information from other sources. The CD positively identified LESLEY from an unmarked photograph. The CD has agreed to cooperate with Law Enforcement with the understanding that there have been no promises or guarantees of any type related to the CD's pending and/or potential criminal charges.

## INVESTIGATIVE ACTIVITY ON MARCH 13, 2019 REGARDING LESLEY

5. On March 13, 2019, HSI Agents, in conjunction with South Carolina Highway Patrol, conducted surveillance on LESLEY's residence. Agents saw LESLEY leave the residence and travel to a gas station. LESLEY was taken into custody without incident. Shortly thereafter, Pickens County Sherriff's Office (PCSO) executed a state court search warrant at LESLEY's residence, 147 Rice Creek Road, Liberty, South Carolina (TL-1).

6. That search yielded approximately one (1) kilogram of methamphetamine, seven (7) firearms (including one short barrel rifle), multiple suppressors and parts to produce suppressors, and hundreds of rounds of ammunition in assorted calibers.

7. On the same date, law enforcement advised LESLEY of his *Miranda* Rights and he agreed to speak with law enforcement without an attorney present. LESLEY stated he has been distributing methamphetamine with another subject in Pickens County for approximately 6-8 months. LESLEY stated at the time of his encounter with law enforcement, he was in route to meet with another subject to pick up approximately ten (10) pounds of methamphetamine. LESLEY stated he primarily sold methamphetamine to two (2) individuals, a male and female from Union County, South Carolina. Additionally, LESLEY claimed ownership all firearms and ammunition that were found during the search of his residence.

8. I conducted records checks on LESLEY. Those checks confirmed that LESLEY is a convicted felon and is prohibited from owning/possessing firearms and or ammunition.

9. Based upon the foregoing, there is probable cause to believe that the defendant, Jason Todd LESLEY, violated Title 21, United States Code Section 846, Conspiracy to Possess with the Intent to Distribute Methamphetamine.

DATE: March 14, 2019.

Thomas O. Howie
Special Agent
Homeland Security Investigations

Kevin F. McDonald Jacquelyn Austin.
United States Magistrate Judge
District of South Carolina

2